```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Essex Insurance Company

    v.                          Case No. 12-cv-66-SM

Steven D. Griffin, et al.

## **O R D E R**

The Court has been advised that Steven D. Griffin has filed for relief under the Bankruptcy Code. As a result, pursuant to 11 U.S.C. § 362, the case is automatically stayed as to the bankrupt party but shall otherwise proceed as to the remaining parties. On request of a party in interest, the bankruptcy court may grant relief from this stay.

It is ordered that counsel for the petitioner in bankruptcy shall file a status report on January 1 and July 1 of each year until the bankruptcy matter is finally resolved. Counsel for the petitioner in bankruptcy shall also immediately notify this court when the bankruptcy matter is finally resolved. The failure to provide the required status or notification may result in the issuance of sanctions, which may include the imposition of fines or other monetary sanctions

    SO ORDERED.

                                                By the Court,

DATE: July 19, 2012            /s/ Steven J. McAuliffe
                                        Steven J. McAuliffe
                                        United States District Judge

```
cc:   Ann Robbins, Esq.
      Harvey Nosowitz, Esq.
      Jamie N. Hage, Esq.
      Kathleen A. Davison, Esq.
      Marc W. McDonald, Esq.
      Jack P. Crisp, Jr., Esq.
      Jack S. White, Esq.
```